1  ALAN ADELMAN, ESQ.   BAR NO: 170860
   LAW OFFICES OF ALAN ADELMAN
2  240 Stockton Street, 9th Floor
   Union Square
3  San Francisco, California  94108
   Telephone:  (415) 956-1360
4  Facsimile:  (415) 625-1339

5  ELIZABETH S. MANCL, ESQ.   BAR NO: 191844
   Attorney at Law
6  508 Forbes Avenue, 2nd Floor South
   Yuba City, California 95991
7  Telephone: (530) 751-1695
   Facsimile:  (530) 751-2384
8
   Attorneys for Plaintiff, LINDSAY JOHNSON
9
   TORY M. PANKOPF, ESQ., SBN 202581
10 LAW OFFICES OF TORY M. PANKOPF
   611 Sierra Rose Drive
11 Reno, Nevada 89511
   Telephone: (530) 7525-8263
12 Facsimile: (530) 725-8264
   tppankopf@sbcglobal.net
13
   Attorneys for Defendant
14 PROLINE CONCRETE TOOLS, INC.

15

16                     **UNITED STATES DISTRICT COURT**

17                     **EASTERN DISTRICT OF CALIFORNIA**

18  LINDSAY JOHNSON,              )  Case No. 2:08-CV-00909-LKK-GGH
19                                )
           Plaintiff,             )  **ORDER TO CONTINUE STATUS**
20                                )  **CONFERENCE SCHEDULED FOR JULY 7,**
    vs.                           )  **2008 AT 3:30 P.M.**
21                                )
    PROLINE CONCRETE TOOLS, INC., )
22                                )
                                  )
23         Defendant.             )
                                  )
24                                )

25

26

27        This matter comes before the Court upon the Stipulation of the parties and request for

28  continuance of the Status Conference set for July 7, 2008, at 3:30 p.m.

1    IT IS HEREBY ORDERED that the above-captioned matter should be and therefore is
2    continued until July 25, 2008 at 10:00 a.m. following defendant's motion to dismiss.
3
4    Dated: July 1, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT