IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDSAY JOHNSON,

    Plaintiff,                    No. CIV S-08-0909 LKK GGH

    vs.

PROLINE CONCRETE TOOLS, INC.,

    Defendant.                 ORDER

_____/

        On February 11, 2009, this court held a phone conference. Present were Elizabeth Mancl for plaintiff and Tory Pankopf for defendant. After hearing both parties on the issue of notice of scheduled depositions, the court now issues the following order.

        The depositions of Paul Sowa, Jeff Irwin and Nan Giovani shall take place on March 2 and 3, 2009 in San Diego. Plaintiff's deposition shall take place on March 5, 2009, in or about Auburn.

        IT IS SO ORDERED.

DATED: February 17, 2008                    /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

GGH:076/Johnson0909.dep.wpd