IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDSAY JOHNSON,

      Plaintiff,                          No. CIV S-08-0909 LKK GGH

      vs.

PROLINE CONCRETE TOOLS, INC.,

      Defendant.                   <u>ORDER</u>

_____/

        Presently calendared for hearing on February 26, 2009, is defendant's motion to compel discovery and for sanctions. This motion cannot be heard as it violates the district court's scheduling order, filed July 28, 2008, requiring all motions to compel be heard "not later than February 25, 2009."

        Accordingly, IT IS ORDERED that defendant's motion to compel and for sanctions, filed January 30, 2009, is vacated from the calendar for February 26, 2009.

DATED: February 24, 2009                  /s/ Gregory G.Hollows

                                                         UNITED STATES MAGISTRATE JUDGE

GGH:076/Johnson0909.vac.wpd

1