IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDSAY JOHNSON,

    Plaintiff,                        No. CIV S-08-0909 LKK GGH

    vs.

PROLINE CONCRETE TOOLS, INC.,

    Defendant.

_____/

        Presently before the court is plaintiff's ex parte application for order shortening time to hear her motion for sanctions and request for enforcement of court order, filed March 2, 2009.

        The purpose of the request is to seek sanctions against defendant for violating this court's order of February 17, 2009, wherein defendant was ordered to produce for deposition Paul Sowa, Jeff Irwin and Nan Giovani on March 2 and 3, 2009, in San Diego. The court also ordered plaintiff's deposition to take place on March 5, 2009 in or about Auburn. Plaintiff contends that defendant cancelled the San Diego depositions on March 1, 2009, and rescheduled plaintiff's deposition for March 4, 2009 in Nevada City. Plaintiff requests sanctions in the amount of $1,000 and a court order setting the defendant's depositions for March 10 and 11 in this courthouse in Sacramento, and rescheduling plaintiff's deposition for March 13, 2009.

1

Accordingly, IT IS ORDERED that:

1. Plaintiff's March 2, 2009 ex parte request for order shortening time is granted.

2. Plaintiff's motion for sanctions shall be heard on March 5, 2009 at 10:00 a.m. Requests for telephone appearance will be granted.

3. Defendant shall file an opposition by Wednesday, March 4, 2009, at 12:00 noon.

Dated: March 2, 2009

   /s/ Gregory G. Hollows
U.S. Magistrate Judge

GGH:076/Johnson0909.ost.wpd