IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDSAY JOHNSON,

        Plaintiff,                               No. CIV S-08-0909 LKK GGH

        vs.

PROLINE CONCRETE TOOLS, INC.,

        Defendant.                          <u>SUMMARY ORDER</u>

_____/

        Previously pending on this court's law and motion calendar for March 5, 2009, was plaintiff's motion for enforcement of this court's order of February 17, 2009, and for sanctions. Elizabeth Mancl appeared by telephone for plaintiff, and Tory Pankopf appeared by telephone for defendant. After hearing oral argument and reviewing the motion and opposition, the court now issues the following summary order as given from the bench.

        Accordingly, IT IS ORDERED that:

        1. Plaintiff's motion for enforcement of this court's order of February 17, 2009, and for sanctions, filed March 2, 2009 (docket #42), is granted in part.

        2. The depositions of Paul Sowa, Jeff Irwin and Nan Giovani will take place in San Diego on March 9 and 10, 2009. Plaintiff shall electronically serve notice providing specific details to defendant in accordance with this order. Plaintiff's deposition shall take place on

1

March 11, 2009, in Nevada City. Defendant shall electronically serve notice providing specific details to plaintiff in accordance with this order.

    3. If Mr. Pankopf's wife's condition worsens, he shall notify opposing counsel and the court immediately, and arrange a telephone conference.

    4. Plaintiff's request for sanctions is denied. If defendant cancels any upcoming depositions, the court may order expenses paid.

DATED: March 6, 2009                                  /s/ Gregory G. Hollows

                                                                                     UNITED STATES MAGISTRATE JUDGE

GGH:076/Johnson0909.enf