UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDSAY JOHNSON,

        Plaintiff,

NO. CIV. 08-909 LKK/GGH

v.                      ORDER

PROLINE CONCRETE TOOLS, INC.,

        Defendant.
                               /

Pending before the court is defendant's ex parte application to amend the scheduling order, to extend the time for its motion to compel to be heard by the magistrate judge. The scheduling order is only amendable upon a showing of good cause. Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992). The "good cause" standard primarily considers the diligence of the party seeking the amendment. See, e.g., Harrison Beverage Co. v. Dribeck Importers, Inc., 133 F.R.D. 463, 469 (D.N.J. 1990); Amcast Indus. Corp. v. Detrex Corp., 132 F.R.D. 213, 217 (N.D. Ind. 1990); 6A Wright, Miller & Kane, Federal Practice and Procedure § 1522.1 at 231 (2d ed. 1990)

1

("good cause" means scheduling deadlines cannot be met despite party's diligence).

Here, the defendant has not shown good cause to amend the scheduling order within the meaning of Johnson v. Mammoth Recreations, Inc. Accordingly, defendant's ex parte application to amend the scheduling order (docket no. 41) is DENIED.[1]

IT IS SO ORDERED.

DATED: March 6, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The court directs defendant to Local Rule 6-144(e), which describes how a party may move to shorten time to hear a motion and which may provide the relief defendant seeks with the instant motion.

2