IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDSAY JOHNSON,

     Plaintiff,                      No. CIV S-08-0909 LKK GGH

     vs.

PROLINE CONCRETE TOOLS, INC.,

     Defendants.                 ORDER

_____/

     Defendant's motion for reconsideration presently is calendared for hearing on March 12, 2009. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 78-230(h).

     Accordingly, IT IS ORDERED that:

     1. The March 12, 2009 hearing on the motion for reconsideration, filed January 30, 2009, is vacated; and

     2. The motion is submitted on the record.

DATED: March 10, 2009                      /s/ Gregory G. Hollows

                                                   U. S. MAGISTRATE JUDGE

GGH:076:Johnson0909.vac2.wpd