IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDSAY JOHNSON,

        Plaintiff,                     No. CIV S-08-0909 LKK GGH

    vs.

PROLINE CONCRETE TOOLS, INC.,

        Defendant.               <u>ORDER</u>

_____/

        Previously pending on this court's law and motion calendar for March 17, 2009, was plaintiff's motion for enforcement of court order, filed March 13, 2009.[1] Elizabeth Mancl appeared telephonically for plaintiff. Tory Pankopf appeared for defendant. The court now issues the following summary order based on rulings from the bench at hearing.

        The instant dispute concerns production of documents in conjunction with this court's order granting plaintiff's motion to compel on January 22, 2009.[2] Based on the parties' representations at hearing, the court determined that an evidentiary hearing was necessary on the issue of the whether there exist statements of plaintiff's monthly commission or sales which have

---

[1] This motion was heard on shortened time pursuant to order of March 16, 2009.

[2] The order granting the motion to compel was issued from the bench. The motion for sanctions was taken under submission.

1

not been produced to plaintiff.

Accordingly, IT IS ORDERED that:

1. Evidentiary hearing is set for April 7, 2009 at 10:00 a.m.

2. The court orders that deponents Jeff Irwin, Nan Giovani and Paul Sowa appear on April 7; plaintiff may issue subpoenas to these deponents if documents are desired to be produced at hearing.

3. Plaintiff shall provide the deposition transcripts at issue for these deponents at the hearing.

4. If, and after, it is determined that a party unnecessarily necessitated the evidentiary hearing, that party shall pay all expenses of the hearing, including attorneys' fees.

DATED: March 18, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Johnson0909.317