IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDSAY JOHNSON,

        Plaintiff,                   No. CIV S-08-0909 LKK GGH

    vs.

PROLINE CONCRETE TOOLS, INC.,

        Defendant.                <u>ORDER</u>

_____/

        Previously pending on this court's law and motion calendar for April 7, 2009, was an evidentiary hearing. Elizabeth Mancl appeared for plaintiff. Tory Pankopf appeared for defendant. Having heard witness testimony on the issues of plaintiff's motion to compel discovery and for sanctions, as well as defendant's motion for sanctions, the court now issues the following order.

        IT IS ORDERED that for the reasons set forth at hearing, plaintiff's motions regarding discovery (docket #s 17, 31), are considered resolved. No sanctions shall issue.

DATED: April 9, 2009

                                        <u>/s/ Gregory G. Hollows</u>

                                        UNITED STATES MAGISTRATE JUDGE

GGH:076/Johnson0909.dsy.wpd