UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDSAY JOHNSON,

        Plaintiff,

  v.

PROLINE CONCRETE TOOLS, INC.,

        Defendant.
                            /

NO. CIV. 08-909 LKK/GGH

O R D E R

The court is in receipt of plaintiff's motion to amend the scheduling order and motion to shorten time on which to be heard. A hearing on the motion to amend is SET for April 24, 2009 at 10:00 AM. Defendants' opposition to the motion or statement of non-opposition SHALL be filed and served not later than April 20, 2009. Plaintiff's reply, if any, SHALL be filed and served not later than April 22, 2009.

    IT IS SO ORDERED.

    DATED: April 14, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1