**TORY M. PANKOPF, ESQ., SBN 202581**
**LAW OFFICES OF TORY M. PANKOPF**
611 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (530) 725-8263
Facsimile:  (530)  725-8264
**tppankopf@sbcglobal.net**

Attorneys for Defendant
PROLINE CONCRETE TOOLS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN  DISTRICT  OF  CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| LINDSAY JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>PROLINE CONCRETE TOOLS, INC., a California Corporation,<br><br>Defendant. | CASE NO:  **08 CV 00909 LKK-GGH**<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>**F.R. Civ. P. Rule 41(a)(1) and (2)** |

   IT IS HEREBY STIPULATED by and between Defendant PROLINE CONCRETE TOOLS, INC., and Plaintiff LINDSAY JOHNSON (the "Parties"), through their respective attorneys of record, that the Parties have agreed to resolve the case between them by way of settlement.

   The Parties further stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2), that this Court enter a dismissal of Plaintiff's Complaint in United States District Court Case No. 08-cv-00909-LKK-GGH  with  prejudice  as  to  Defendant  PROLINE  CONCRETE

**Law Offices of**
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

- 1 -
Stipulation for Dismissal

PDF created with pdfFactory trial version www.pdffactory.com

TOOLS, INC.  The Parties further stipulate that each party shall bear its own costs and fees with respect to any claims they may have against each other in the instant action.

**IT IS SO STIPULATED.**

Dated:     October 16, 2009          LAW OFFICES OF TORY M. PANKOPF

                                     By:   /S/ Tory M. Pankopf_____
                                           Tory M. Pankopf
                                           Attorneys for Defendant Proline Concrete Tools, Inc.
                                           E-mail: tppankopf@sbcglobal.net

Dated:     October 16, 2009          LAW OFFICES OF ELIZABETH MANCL

                                     By:   /S/ Elizabeth Mancl_____
                                           Elizabeth Mancl
                                           Attorneys for Plaintiff, Lindsay Johnson

    IT IS HEREBY ORDERED that pursuant to the Stipulation for Dismissal, Plaintiff's Complaint in United States District Court Case No. 08-cv-00909-LKK-GGH is hereby dismissed with prejudice as to Defendant PROLINE CONCRETE TOOLS, INC.  Each Party shall bear their own costs and fees, except as otherwise set forth in the Settlement Agreement and Mutual Release, which is incorporated herein by reference.

IT IS SO ORDERED.

Dated: October 16, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**Law Offices of
Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

- 2 -
Stipulation for Dismissal

PDF created with pdfFactory trial version www.pdffactory.com